PHILLIP A. TALBERT
Acting United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS MORALES, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:07-CR-00314-KJM<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANTS EDER MARTINEZ RIOS AND EDGAR MARTINEZ RIOS** |

　　For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendants EDER MARTINEZ RIOS and EDGAR MARTINEZ RIOS in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrants be recalled.

Dated: August 23, 2016

_____
UNITED STATES DISTRICT JUDGE

1